KIRSTIN E. MULLER (SBN 186373)
kmuller@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:   (310) 255-0986

ANNA PHAM (SBN 318001)
apham@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, CA  90401
Telephone:  (415) 835-9000
Facsimile:   (415) 834-0443

Attorneys for Defendant
BHJ USA, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH LOPEZ as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BHJ USA, LLC, a Nebraska limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00317-JLT-SKO<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND RELATED DATES; ORDER**<br><br>**(Doc. 7)**<br><br>Complaint Filed: December 10, 2021 |

   IT IS HEREBY STIPULATED between and among Plaintiff Ralph Lopez ("Plaintiff"), on the one hand, and Defendant BHJ USA, LLC ("Defendant") (collectively "the Parties"), on the other, through their respective counsel of record, that the Scheduling Conference date presently set for June 28, 2022 be continued by at least 120 days to October 26, 2022 or shortly thereafter, subject to the Court's availability.  It is further stipulated that all related dates be continued accordingly.

1  The Parties enter into this Stipulation and seek this Order for good cause to allow sufficient time to complete mediation and potentially resolve this matter without further Court involvement.

The Parties enter into this Stipulation and seek this Order for the following reasons and based on the following facts:

1. This matter is currently scheduled to come before the Court on June 28, 2022 at 9:45 a.m. for a Scheduling Conference.

2. On or around March 18, 2022, the Parties met and conferred and agreed to attend private mediation to attempt an early resolution of Plaintiff's individual and putative class claims. The mediation will also include Plaintiff's claim under the California Private Attorney General Act. Cal. Lab. Code § 2698 *et seq* (2004). Mediation is currently scheduled for September 13, 2022 with Tripper Ortman, an experienced mediator on the claims and issues asserted in the instant action. It is the Parties' intent to seek a global resolution of the putative class and representative claims.

3. Further, the Parties agreed to engage in informal discovery in preparation for mediation. The Parties wish to focus their attention on mediation, which will take considerable effort to exchange discovery, analyze potential liability, and prepare mediation briefs.

4. In order to focus on mediation, the Parties have agreed to continue the June 28, 2022 Scheduling Conference, along with related dates, for 120 days to October 26, 2022, or a date thereafter that is convenient for this Court so that they may continue to potentially resolve this matter without further Court involvement.

5. The Parties have not requested an extension of any deadline in this case prior to this request.

6. The Parties agree that such an extension will be beneficial to achieving resolution, and the Parties will not suffer any prejudice as a result of the brief requested continuance.

HIRSCHFELD KRAEMER LLP

7. Accordingly, it is hereby stipulated by and between the Parties, through their respective counsel of record, that the Scheduling Conference be moved to October 26, 2022, or a date thereafter.

Dated: April 20, 2022June 6, 2022       HIRSCHFELD KRAEMER LLP

By: */s/ Anna Pham*
Kirstin E. Muller
Anna Pham
Attorneys for Defendant
BHJ USA, LLC

Dated: April 20, 2022       STANSBURY BROWN LAW, PC

By: */s/ Daniel J. Brown*
Daniel J. Brown
Ethan C. Surls
Attorneys for Plaintiff
Ralph Lopez

## ORDER

Good cause appearing, the Parties' foregoing Stipulation to Continue the Scheduling Conference Date (Doc. 7) is GRANTED.

The Scheduling Conference presently set for June 28, 2022, is hereby continued to **November 1, 2022, at 9:45 A.M.** before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than **October 25, 2022.**

IT IS SO ORDERED.

Dated: **June 6, 2022**          */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE