1 | Daniel J. Brown (Bar No. 307604)
2 | Ethan C. Surls (Bar No. 327605)
**STANSBURY BROWN LAW, PC**
3 | 2610 ½ Abbot Kinney Blvd.
Venice, CA 90291
4 | Telephone: (323) 207-5925
dbrown@stansburybrownlaw.com
5 | esurls@stansburybrownlaw.com

6 | Attorneys for Plaintiff

7 | [Additional Counsel on Following Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH LOPEZ as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BHJ USA, LLC, a Nebraska limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 1:22-cv-00317-JLT-SKO<br><br>**STIPULATION TO REMAND; [PROPOSED] ORDER**<br><br>Complaint Filed: December 10, 2021 |

KIRSTIN E. MULLER (SBN 186373)
kmuller@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard, Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986

ANNA PHAM (SBN 318001)
apham@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
456 Montgomery Street, Suite 2200
San Francisco, CA  90401
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Defendant
BHJ USA, LLC

Plaintiff RALPH LOPEZ and Defendant BHJ USA, LLC (collectively "the Parties"), hereby stipulate and agree by and through their respective counsel of record as follows:

WHEREAS, on September 13, 2022, the Parties attended mediation with Tripper Ortman;

WHEREAS, during this mediation, the Parties reached an agreeable settlement and signed a Memorandum of Understanding;

WHEREAS, as part this Memorandum of Understanding, the Parties stipulated to remand the above-entitled action back to Kings County Superior Court for the settlement approval process;

THEREFORE, IT IS HEREBY STIPULATED between the Parties, through their respective counsel of record, that this case be remanded back to Kings County Superior Court for settlement approval. The Parties further agree to bear their own attorneys' fees and costs associated with the removal and remand.

| | |
|---|---|
| Dated:   October 12, 2022 | HIRSCHFELD KRAEMER LLP |
| | By:  /s/ *Kirstin E. Muller* |
| | Kirstin E. Muller |
| | Anna Pham |
| | Attorneys for Defendant |
| | BHJ USA, LLC |
| Dated:   October 12, 2022 | STANSBURY BROWN LAW, PC |
| | By:  /s/ Daniel J. Brown |
| | Daniel J. Brown |
| | Ethan C. Surls |
| | Attorneys for Plaintiff |
| | Ralph Lopez |

### [PROPOSED] ORDER

Good cause appearing, the Parties' Stipulation to Remand is GRANTED. This case is remanded to Kings County Superior Court.

IT IS SO ORDERED.

Dated:   **October 12, 2022**

UNITED STATES DISTRICT JUDGE